# In the United States Court of Federal Claims

No. 10-138)
(Filed: April 7, 2010)

```
* * * * * * * * * * * * * * * * *
                                 *
KEITH A. ANSTINE,                *
                                 *
        Plaintiff,               *
                                 *
v.                               *
                                 *
THE UNITED STATES,               *
                                 *
        Defendant.               *
                                 *
* * * * * * * * * * * * * * * * *
```

**O R D E R**

    The court hereby **SCHEDULES** a status conference for **Tuesday, April 13, 2010 at 3:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (402) 345-0848; counsel for defendant at (202) 514-4151. The court will initiate the call.

    **IT IS SO ORDERED**.

    s/Nancy B. Firestone
    NANCY B. FIRESTONE
    Judge